**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

BRIAN K. GEORGE,                              )
                                             )
           Plaintiff,          )
                                             )
       v.                        )          No. 1:17-CV-40 SPM
                                             )
DUNKLIN COUNTY JUSTICE CTR., et al.,          )
                                             )
          Defendants.        )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #14] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this ___28th___ day of April, 2017.


                          /s/ Jean C. Hamilton
                          JEAN C. HAMILTON
                          UNITED STATES DISTRICT JUDGE